UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Amanda K. Kross

                        Plaintiff,

v.                                                          Case No.: 1:17−cv−07539
                                                              Honorable Susan E. Cox

Norwegian−American Hospital Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 18, 2018:

      MINUTE entry before the Honorable Susan E. Cox: Pursuant to the stipulation of dismissal, [28], this action is dismissed with prejudice, with the parties to bear their own attorneys' fees and costs. Status hearing set for 4/26/2018 at 9:30 a.m. is stricken. Civil case terminated. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.